UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 08-CR-00047-LJO |
| Plaintiff, | ) **ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT HEARING ON AUGUST 22, 2008** |
| v. | ) |
| OLEWASAMI BROWN, et al., | ) Date: August 22, 2008 |
| | ) Time: 8:55 a.m. |
| Defendants. | ) Honorable Lawrence J. O'Neill |

Good cause appearing, it is hereby ordered as follows:

Counsel Russell A. Robinson shall be permitted to appear by telephone at the August 22, 2008, hearing at 8:55 a.m., and must call (559) 499-5680 at 8:55 a.m.

IT IS SO ORDERED.

**Dated:   August 21, 2008**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE