# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>OLEWASAMI BROWN and<br>DEMARCUS BURNETT<br><br>Defendant.<br>_____/ | CASE NO. 1:08-CR-00047 LJO<br><br>**ORDER**<br><br>Date:  December 12, 2008<br>Time: 8:30am<br><br>Dept.:  4 (LJO) |

To Defendant Olewasami Brown, and his Counsel of Record, John Garland, and to the United States and its Counsel of Record, Dawrence Rice:

The Court has received and reviewed the motion for an ex parte and in camera hearing, as well as the response from the Government. In that the Government agrees with having the type of hearing requested, the following are ordered to be provided at the time currently set for the motion (i.e. Friday, December 12, 2008 at 8:30 a.m.):

1. From Defense Counsel: a list of the specific questions being requested that the Court ask at the ex parte, in camera hearing [this will be filed on an ex parte and confidential bases, and Defense Counsel will not be required to provide the list to the Government before the in camera hearing];

2. From the Government: an indication when the needed witnesses (i.e. Detective Lincoln and the informant) will be available for the ex parte hearing. IT IS SO ORDERED.

**Dated:  December 8, 2008**            /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE

1