LAWRENCE G. BROWN
Acting United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

JAN 0 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-cr-00047 LJO |
| Plaintiff, | GOVERNMENT'S MOTION FOR DISMISSAL OF INDICTMENT, AND ORDER THEREON. |
| v. | |
| OLEWASAMI BROWN, and DEMARCUS BURNETT, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the Indictment against only the above-named defendants in the interest of justice. The Fresno County District Attorney's Office has filed charges against the above-named defendants based on the same underlying offense conduct in the Superior Court of California, County of Fresno.

DATED: January 9, 2009                    Respectfully submitted,

                                          LAWRENCE G. BROWN
                                          United States Attorney

                                          By/s/Dawrence W. Rice, Jr.
                                             DAWRENCE W. RICE, JR.
                                             Assistant U.S. Attorney

1

**ORDER**

IT IS ORDERED that the Indictment in 1:08-cr-00047 LJO against only the above-named defendants is dismissed in the interest of justice.

DATED: January 9, 2009

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
United States District Judge